NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


TIMOTHY WAYNE STEMEN,⁣ )
)
      Petitioner,⁣ )
)
v.⁣ )     Case No. 2D17-3453
)
STATE OF FLORIDA,⁣ )
)
      Respondent.⁣ )
———————————————————— )

Opinion filed April 20, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; J. Kevin Abdoney, Judge.

Timothy Wayne Stemen, pro se.


PER CURIAM.

      Appellant's notice of appeal and initial brief are treated as a petition for writ

of certiorari and denied.  See Dorsey v. State, 30 So. 3d 707 (Fla. 2d DCA 2010).


SILBERMAN, MORRIS, and LUCAS, JJ., Concur.